

# Fourth Court of Appeals
## San Antonio, Texas

June 20, 2018

No. 04-17-00688-CV

Jose **CORRO** and Concepcion Corro,
Appellants

v.

Andres **PEREZ**, Perez & Malik, PLLC and Adriana Medrano of Perez & Malik,
Appellees

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 16-06-23689-CV
Honorable H. Paul Canales, Judge Presiding

## O R D E R

On June 12, 2018, appellant filed a Motion to Supplement/Add Document in Support of Reply Brief, seeking to supplement his reply brief with a two-page document attached to his motion. "We may not consider any documents attached to a brief that were not filed in the trial court and are therefore not part of the appellate record." *Edwards v. Dist. Attorney of Atascosa Cnty.*, 511 S.W.3d 257, 260 (Tex. App.—San Antonio 2015, no pet.). If appellant believes the document he is seeking to make part of the appellate record should have been included in the clerk's record, he may file a motion to supplement the clerk's record. *See* TEX. R. APP. P. 34.5(c). Because appellant requests to supplement his brief with a document that is not currently part of the appellate record, appellant's motion is DENIED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of June, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court